IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DEBBIE SMITH-HOPKINS                                                    PLAINTIFF

v.                              CASE NO. 4-07-CV01188 BSM

JACKSONVILLE MEDICAL
CLINIC                                                                  DEFENDANT

ORDER

     Upon the consent of the parties and for good cause shown, this action is hereby is

dismissed in its entirety with prejudice.

     IT IS SO ORDERED this 7th day of May, 2008.


_____
UNITED STATES DISTRICT JUDGE